UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TROY J. GRANT,
              Plaintiff,

v.

RICHARD THOMAS; DANIEL P. JONES;
CITY OF MOUNT VERNON; and JOHN DOE
##1–4,
              Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 9601 (VB)

      On February 14, 2020, the Court granted Bond, Schoeneck & King, PLLC's motion to withdraw as counsel for defendants Richard Thomas and Daniel P. Jones. The Court ordered that the conference previously scheduled for February 27, 2020, at 9:30 a.m., would proceed as scheduled. Defendants Thomas and Jones were directed to appear in person at the conference, unless by that date, new counsel had entered an appearance on their behalf. Defendant Jones was also directed to file a letter informing the Court of his current mailing address by February 27, 2020. (Doc. #45).

      On February 27, 2020, counsel for plaintiff, counsel for defendant City of Mount Vernon, and defendant Thomas appearing pro se appeared for the conference. Defendant Jones neither appeared nor contacted the Court to provide an explanation for his absence. This behavior is consistent with Jones's prior failure to respond to correspondence from his former lawyer and from Corporation Counsel's designee, as well as the Court's February 14, 2020, Order to submit a letter with his address to the Court.

      Accordingly, and as discussed at the conference, it is HEREBY ORDERED:

      1.     By March 5, 2020, defendant Thomas shall provide a list of potential attorneys and attorney rates to Bond, Schoeneck & King, PLLC.

      2.     By March 5, 2020, defendant Thomas and counsel for the City, shall either file a joint letter or separate letters informing the Court of defendant Jones's current address and phone number, to the best of their knowledge.

      3.     **By March 20, 2020, defendant Jones shall explain in writing to the Court why he failed to appear at the February 27, 2020, conference and why he should not be sanctioned for failing to appear at conference.**

      4.     By April 6, 2020, counsel for the City shall inform the Court in writing of the status of the City's approval of Thomas's and Jones's new counsel.

      5.     The stay of discovery shall continue.

1

6.  This case will be referred to Magistrate McCarthy for a settlement conference by a separately docketed order of reference, not to be scheduled before May 1, 2020.

The Clerk shall mail copies of this Order to defendant Thomas at the following address:

Richard Thomas
77 Douglas Place
Mount Vernon, NY 10552

and to defendant Jones at the following address:

Daniel Jones
126 Douglas Place
Mount Vernon, NY 10552

Dated: February 28, 2020
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge