# BOND SCHOENECK & KING

1010 Frank[...]

May 4, 2020

Honorable Justice Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10691-4150

Re:  Troy Grant v. Mayor Thomas, et al
     18 CV 9601 (VB)

Honorable Justice Briccetti,

As per the Court's instructions, this letter sha[ll confirm that] Mount Vernon (the "City") to retain counsel [...]

Please be advised that Mr. Brian Johnson, the [...] by defendant Richard Thomas to retain the [...] referenced matter:

Ira Wincott, E[sq.]
Littler Mendel[son]
290 Broadhol[low Road]
Melville, New [York ...]

---

**ORDER (handwritten/stamped overlay):**

Under the circumstances, the Court agrees the 5/14/2020, settlement conference should be adjourned. However, because the 5/14/2020, settlement conference is scheduled in front of Magistrate Judge McCarthy, the parties shall write to Magistrate Judge McCarthy to seek an adjournment of the 5/14/2020, conference to late June or early July.

By 7/15/2020, the parties shall file a joint update on the status of settlement discussions.

Separately, by 5/20/2020, counsel for the City shall file a status report regarding the status of the City's approval of Thomas's and Jones's new counsel. It is not clear what "February 27, 2020 Order" counsel refers to in this attached letter. The Court did not issue any Order on February 27, 2020, or otherwise, that directed Mr. Jones to provide a list of attorney names to counsel for the City. The Court expects counsel for the City and the City to communicate with both Thomas and Jones to ensure the City timely approves retention of their lawyers, which the City had agreed to do well before start of the ongoing public health crisis.

Chambers will mail a copy of this Order to defendant Jones at the address on the docket.

The Clerk is directed to terminate the motion. (Doc. #63).

SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J., 5/6/2020

---

An agreement has also been reached on acceptable billing rates. Accordingly, subject to the execution of an acceptable written engagement agreement, Mr. Wincott is prepared to represent Mr. Thomas in this matter. I have requested that the City provide Mr. Wincott with a proposed engagement agreement as soon as possible.

With respect to the defendant Daniel Jones, this office has yet to receive a list of attorney names from Mr. Jones consistent with the Court's February 27, 2020 Order. Although Mr. Jones previously advised the undersigned that he would contact Mr. Wincott regarding this matter, Mr. Wincott advises that Mr. Jones has yet to do so. Accordingly, I provided Mr. Jones with Mr. Wincott's contact information via email today and urged that he make contact as soon as possible.

197735.1



In light of the unfortunate delays in resolving these representation issues due to COVID-19, I have conferred with counsel for the Plaintiff regarding the settlement conference currently scheduled for May 14, 2020. The parties believe that, given the ongoing challenges faced by the City in connection with the COVID-19 crisis, the anticipated appearance by Mr. Wincott and the outstanding issues related to the to the representation of Mr. Jones, an adjournment is appropriate. Accordingly, it is respectfully requested that conference be adjourned to a date in late June or early July.

Thank you for your consideration of this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Christopher F. Mansfield

CFM/cb

C: Mr. Daniel Jones (via regular mail and e-mail)
   Ira Wincott, Esq. (via e-mail)

197735.1

Attorneys At Law | A Professional Limited Liability Company