UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
TROY GRANT,

                Plaintiff,                          **SCHEDULING ORDER**

    -against-                                    18 Civ. 9601 (VB)(JCM)

RICHARD THOMAS., *et al.*,

                Defendants.
--------------------------------------------------------X

The Settlement Conference scheduled for May 14, 2020 is adjourned to June 29, 2020 at 2:00 p.m. before Magistrate Judge Judith C. McCarthy. Parties are required to be available by telephone. Counsel and any parties proceeding *pro se* shall call the following number at the time of the conference:

    Toll-Free Number: 877-873-8017
    Access Code: 4264138

Counsel and any *pro se* parties are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior to the conference, outlining any information counsel believes would assist the Court in preparation for the conference. Counsel for the City of Mount Vernon is directed to immediately notify the *pro se* defendants of the new date and time of the conference. Chambers will mail a copy of this Order to the *pro se* defendants.

Dated:  May 11, 2020
          White Plains, New York

                                                  **SO ORDERED:**

                                               _____
                                               JUDITH C. McCARTHY
                                               United States Magistrate Judge