UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TROY J. GRANT,
                Plaintiff,

v.

RICHARD THOMAS, Mayor of the City of
Mount Vernon; DANIEL P. JONES,
Commissioner of the Department of Buildings,
City of Mount Vernon; CITY OF MOUNT
VERNON; and JOHN DOE ##1–4,
                Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 9601 (VB)

      By letter-motion dated March 23, 2021, Littler Mendelson, PC ("Littler"), counsel for defendant Richard Thomas, moved this Court for an Order directing defendant the City of Mount Vernon (the "City") to pay their legal fees in connection with their representation of Thomas in this action, as well as the attorneys' fees and costs for submitting the instant application. (Doc. #89). The City has not filed an opposition or otherwise responded to Thomas's counsel's application.

      Thomas's counsel advises that the City's Corporation Counsel approved payment of the outstanding legal fees and requested that the City's Comptroller issue payment to Littler, but that the City Comptroller has neither paid said fees nor advised when such fees would be paid. (Docs. ##89, 89-1).

      Accordingly, by April 28, 2021, the City shall remit payment of all legal fees owed to Littler, as outlined in Littler's previous invoices to the City, as well as the attorneys' fees and costs for submitting the instant application.

      By April 30, 2021, counsel for defendant Thomas and for defendant the City shall file a **JOINT LETTER** advising the Court regarding the status of payment of the outstanding invoices.

1

<u>If the outstanding invoices are not timely paid, the Court will schedule a hearing at which the City of Mount Vernon shall show cause why it has not paid the outstanding legal fees. If such hearing is required, each involved party—including the Corporation Counsel and the City Comptroller—SHALL be required to attend.</u>

Counsel for the City is directed to provide a copy of this Order to the Corporation Counsel and the City Comptroller.

Dated: April 14, 2021
       White Plains, NY

SO ORDERED

_____
Vincent L. Briccetti
United States District Judge